ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
(702) 383-6000
(702) 477-0088 (Fax)
rmolina@pyattsilvestri.com
Attorneys for Defendants
VINTAGE VEGAS GAMING, LLC and
TLC CASINO ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO TOLENTINO,<br><br>Plaintiff,<br><br>vs.<br><br>BINION'S GAMBLING HALL & HOTEL and TLC CASINO ENTERPRISES, INC.<br><br>Defendants. | CASE NO.: 2:26-cv-02180-JAD-DJA<br><br>ECF No. 5 |

**STIPULATION AND ORDER DISMISSING DEFENDANT TLC CASINO ENTERPRISES, INC.**

COME NOW Defendants VINTAGE VEGAS GAMING, LLC d/b/a BINION'S GAMBLING HALL & HOTEL (misnamed in Plaintiff's Complaint as only "BINION'S GAMBLING HALL & HOTEL") and TLC CASINO ENTERPRISES, INC., by and through their attorney, Robert P. Molina, Esq. of Pyatt Silvestri, and Plaintiff FRANCISCO TOLENTINO, appearing in proper person, and hereby stipulate that Defendant TLC CASINO ENTERPRISES, INC. shall be dismissed from this action with prejudice, each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that Defendant VINTAGE VEGAS GAMING, LLC was the legal owner and operator of Binion's Gambling Hall & Hotel on May 1, 2026, and so Defendant VINTAGE VEGAS GAMING, LLC is the correct entity to be named as the Defendant in this case based on the allegations

contained in the Complaint. However, the parties agree that, by this stipulation, Defendant VINTAGE VEGAS GAMING, LLC is not conceding that any of Plaintiff's claims are meritorious or appropriate or that Plaintiff can obtain relief based on the claims made.

IT IS FURTHER STIPULATED AND AGREED that Defendant TLC CASINO ENTERPRISES, INC. shall be removed from the caption in this case.

DATED this 28th day of July, 2026.

PYATT SILVESTRI

/s/ Robert P. Molina
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Attorneys for Defendants
VINTAGE VEGAS GAMING, LLC and
TLC CASINO ENTERPRISES, INC.

Dated this 28th day of July, 2026.

/s/ Francisco Tolentino
FRANCISCO TOLENTINO
3859 S. Valley View Blvd.
Suite 2 #200
Las Vegas, Nevada 89103
Plaintiff in Proper Person

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on July 28, 2026, I received concurrence from Plaintiff Francisco Tolentino to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 28, 2026.

/s/ Robert P. Molina
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: July 29, 2026